# EXHIBIT

# "1"

POSTAGE PAID
HONG KONG
PORT PAYE

E

AIRMAIL

Economy

HSBC 汇丰 工商金融
Commercial Banking

VOLANSS SYSTEMS CO LIMITED
OPTIMA CORP SER APDO 0832-01235
SUITE 16034 CIUDAD DE PANAMA
REPUBLICA DE PANAMA
ATTN: GROSS DRACH MAURICIO

香港上海滙豐銀行有限公司 香港郵政總局信箱64號
The Hongkong and Shanghai Banking Corporation Limited, GPO Box 64, Hong Kong



**Standard Chartered**

Date     : 26 Feb 2014
Our Ref. : PTS/HNXC0045 /20140227

MR GROSS DRACH MAURICIO
C/O MAUNCIO GROES
APDO 0832-01235 SUITE 16034
CIUDAD DE PANAMA
OPTIMA CORPORATE
PANAMA                    2        000111

Dear Customer,
親愛的客戶：

<u>RE: Customer Notification</u> 客戶通知書

We have updated the address for your banking account.
我們已更新閣下銀行戶口之地址。

If you have not requested for this update, please contact Customer Service Hotline 2886 8868 ( 2 * 7 ) immediately. An officer will be able to assist you with your query.
如閣下未曾作出上述指示，請即致電渣打客戶服務熱線　2886 8868 ( 1* 7 )　與我們客戶服務主任聯絡。

Thank you for banking with Standard Chartered Bank. It has been a pleasure serving you.
多謝閣下對本行的支持，我們將竭誠為閣下服務。

Yours sincerely,

Standard Chartered Bank (Hong Kong) Limited
渣打銀行（香港）有限公司

This is a computer-generated advice that required no signature.
本函由電腦編印，無需授權簽署。

PRIORITY Banking
優先理財
Asset Overview
資產概覽



Standard Chartered
渣打銀行

MR GROSS DRACH MAURICIO
C/O MAUNCIO GROES
APDO 0832-01235 SUITE 16034
CIUDAD DE PANAMA
OPTIMA CORPORATE
PANAMA



A000361

### Your Asset Allocation 資產組合

05 May 2014



Savings, Current & Time Deposit 100.0%

### Your Asset in Recent Months 資產組合走勢



| Month | Nov 13 | Dec 13 | Jan 14 | Feb 14 | Mar 14 | Apr 14 |
|---|---|---|---|---|---|---|
| HK$ | 6,451,998 | 6,456,098 | 6,465,974 | 6,271,495 | 6,268,210 | 6,217,295 |

Savings, Current & Time Deposit

ASSET OVERVIEW PROVIDES YOU WITH A QUICK REFERENCE REGARDING YOUR ASSETS. TO FACILITATE YOUR REVIEW OF THE PORTFOLIO, WE WILL SHOW YOUR TOTAL BALANCE AMOUNT IN THE BAR CHART SECTION ONLY, STARTING FROM THIS STATEMENT ONWARDS. THE PIE CHART ON THE TOP RIGHT CORNER WILL BE USED SOLELY FOR INDICATING YOUR ASSET ALLOCATION AS OF THE STATEMENT DATE. PLEASE CONTACT YOUR CUSTOMER RELATIONSHIP MANAGER IF YOU NEED MORE INFORMATION.