# EXHIBIT "2"

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $300



## Certificate of Formation
## Limited Liability Company

Filed in the Office of the
Secretary of State of Texas
Filing #: 801447962 07/05/2011
Document #: 374765030002
Image Generated Electronically
for Web Filing

### Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

**BUSINESS MANAGEMENT SERVICES INT. LLC**

### Article 2 – Registered Agent and Registered Office

☑ A. The initial registered agent is an organization (cannot be company named above) by the name of:

**MEDRANO ADMINISTRATIVE & TAX SERVICES LLC**

OR

☐ B. The initial registered agent is an individual resident of the state whose name is set forth below:

C. The business address of the registered agent and the registered office address is:

Street Address:
**1802 SNAKE RIVER RD SUITE B   KATY TX 77450**

### Consent of Registered Agent

☐ A. A copy of the consent of registered agent is attached.

OR

☑ B. The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

☑ A. The limited liability company is to be managed by managers.

OR

☐ B. The limited liability company will not have managers. Management of the company is reserved to the members.

The names and addresses of the governing persons are set forth below:

Manager 1: **MAURICIO   GROSS**   Title: **Manager**
Address: **5902 DUMFRIES DR   HOUSTON TX, USA 77096**

Manager 2: **CLARA   SCHWARTZ**   Title: **Manager**
Address: **5902 DUMFRIES DR   HOUSTON TX, USA 77096**

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

[...ed addendum, if any, is incorporated herein by reference.]

### Organizer

The name and address of the organizer are set forth below.

EDUARDO A MEDRANO    1802 SNAKE RIVER RD STE B KATY, TX 77449

### Effectiveness of Filing

☒ A. This document becomes effective when the document is filed by the secretary of state.

OR

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

### Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

EDUARDO A MEDRANO

Signature of Organizer

FILING OFFICE COPY