# EXHIBIT "3"



# STAN STANART

DBA de BMS

Property Records   Personal Records   Other

## Assumed Names - January 1978 to present

| File No.: | | Search | | |
|---|---|---|---|---|
| ⦿ Business Owner | business management services | Search | Clear | 4 Record(s) Found. |
| Date: YYYYMMDD | | Search | | |

| File Number | Term | Business Name and Address | Owner Name(s) and Address(es) | Status Type Date YYYYMMDD | Pgs | Film Code |
|---|---|---|---|---|---|---|
| 56140 | 10 | MASTER INSTALLED SPRINKLERS 1231 West Green Blvd Katy TX 77450 | Business Management Services Inc 1231 West Green Blvd Katy TX 77450 | Unknown 20070423 | 1 | 238823152 |
| 38507 | 10 | SIGNS BY CYNTHIA 21430 Park Bend Katy TX 77450 | Business Management Services Inc 21430 Park Bend Katy TX 77450 | Expired Unknown 19921123 | 1 | 219971598 |
| 496411 | 10 | SHANGHAI JIAFANG STEEL PIPE (GROUP) CO., LTD 1802 SNAKE RIVER RD STE B KATY TX 77450 | BUSINESS MANAGEMENT SERVICES INT. LLC 1802 SNAKE RIVER RD STE B KATY TX 77450 | Incorporated 20110707 | 1 | 240990817 |