# EXHIBIT "5"



No. 1771074
編號

公 司 註 冊 處
COMPANIES REGISTRY

# CERTIFICATE OF INCORPORATION
公 司 註 冊 證 書

\* \* \*

**I hereby certify that**
本 人 謹 此 證 明

JIUYI TRADING CO., LIMITED
久益貿易有限公司

is this day incorporated in Hong Kong under the Companies Ordinance
於 本 日 根 據 《 公 司 條 例 》（ 香 港 法 例 第 32 章 ）

(Chapter 32 of the Laws of Hong Kong) and that this company is limited.
在 香 港 註 冊 成 為 有 限 公 司 。

**Issued on** 10 July 2012 .
本 證 書 於 二 〇 一 二 年 七 月 十 日 發 出 。

Ms Ada L L CHUNG
*Registrar of Companies*
*Hong Kong Special Administrative Region*
香港特別行政區公司註冊處處長鍾麗玲

Note 註：
Registration of a company name with the Companies Registry does not confer any trade mark rights or any other intellectual property rights in respect of the company name or any part thereof.
公司名稱獲公司註冊處註冊，並不表示獲授予該公司名稱或其任何部分的商標權或任何其他知識產權。

存案 Filed



公司注冊處
**Companies Registry**

周年申報表
**Annual Return**
(《公司條例》第107(1)條)
(Companies Ordinance s. 107(1))

表格 Form **AR1**

**重要事項 Important Notes**
- 填表前請參閱《填表須知》。
  請用黑色墨水列印。
- Please read the accompanying notes before completing this form.
  Please print in black ink.

公司編號 Company Number: **1771074**

**1  公司名稱 Company Name**

JIUYI TRADING CO., LIMITED
久益貿易有限公司

(注 Note 8)  **2  商業名稱 Business Name**

NIL

**3  公司類別 Type of Company**

請在適用的空格內加上 ✓ 號  Please tick the relevant box

[✓] 有股本的私人公司
    Private company having a share capital

[ ] 其他
    Others

**4  本申報表日期 Date of this Return**
本申報表列載公司截至右列日期為止的資料
The information in this return is made up to

| 10 | 7 | 2013 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

(如屬有股本的私人公司,本申報表列載截至公司成立為法團的周年日期的資料。如屬其他公司,所列載的資料則應截至公司周年大會日期或以代替周年大會的書面決議的日期為止。

For a private company having a share capital, the information in this return should be made up to the anniversary of the date of incorporation. For other companies, the information should be made up to the date of the annual general meeting (AGM) or the date of written resolution passed in lieu of AGM.)

(注 Note 9)  **5  註冊辦事處地址 Address of Registered Office**

UNIT E, 15/F., CHEUK NANG PLAZA, 250 HENNESSY ROAD, WANCHAI, HONG KONG.

(注 Note 10)  **6  電郵地址 E-mail Address**

NIL

(注 Note 3)  **提交人的資料 Presentor's Reference**

姓名 Name:  WORLD BUSINESS LIMITED

地址 Address:  UNIT E, 15/F., CHEUK NANG PLAZA, 250 HENNESSY ROAD, WANCHAI, HONG KONG.

電話 Tel:  35830266    傳真 Fax:  35830233

電郵地址 E-mail Address:

檔號 Reference:

指明編號 2/2008 (修訂) (2008年7月)
Specification No. 2/2008 (Revision) (July 2008)

**請勿填寫本欄 For Official Use**



22400874058
AR1L            1771074
10/07/2013

0103

表格 Form **AR1**

公司編號 Company Number: **1771074**

### 7. 按揭及押記 Mortgages and Charges

截至本申報表日期，所有須根據《公司條例》第 80 及第 82 條規定向公司註冊處處長登記的按揭及押記的未償還總額
Total amount outstanding as of the date of this return on all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to sections 80 and 82 of the Companies Ordinance

**NIL**

### (注 Note 11) 8. 無股本公司的成員數目 Number of Member(s) of a Company Not Having a Share Capital
*(有股本的公司無需填報此項 Company having a share capital need not complete this section)*

截至本申報表日期的成員數目
Number of Member(s) as at the Date of this Return: **NIL**

### (注 Note 12) 9. 股本 Share Capital
*(無股本的公司無需填報第 9 及第 10 項 Company not having a share capital need not complete sections 9 & 10)*

| | | 截至本申報表日期 As at the Date of this Return | | | |
| --- | --- | --- | --- | --- | --- |
| | 法定股本 Authorized Share Capital | 已發行股本 Issued Share Capital | | | |
| 股份類別 Class of Shares | 總面值 *Total* Nominal Value † | 已發行股份數目 Number of Shares Issued (a) | 每股已發行股份的面值 Nominal Value of Each Share Issued † (b) | 已發行股份的總面值 *Total* Nominal Value of Shares Issued † (a) x (b) | 已發行股份的已繳股款總值 (不包括溢價) *Total* Paid up Value of Shares Issued † (excluding premium) |
| ORDINARY | HK$10,000 | 10,000 | HK$1.00 | HK$10,000 | HK$10,000 |
| | | | | | |
| | | | | | |
| 總值 Total | HK$10,000 | 10,000 | | HK$10,000 | HK$10,000 |

† 請注明貨幣單位(例如：港元、美元)
Please specify the currency (e.g. HKD, USD)

第二頁 Page 2

指明編號 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

表格 Form **AR1**

公司編號 Company Number
**1771074**

(註 Note 13)   10 有股本公司的成員詳情 Details of Member(s) of a Company Having a Share Capital
*(有股本的公司必須填報此項，如未能盡錄於下列表格內，請用續頁A填報。 Company having a share capital must complete this section. Use Continuation Sheet A if there is insufficient space.)*

截至本申報表日期的成員詳情 Details of Member(s) as at the Date of this Return

股份類別 Class of Shares: **ORDINARY**

| 姓名／名稱 Name | 地址 Address | 股份 Shares | | | 備註 Remarks |
|---|---|---|---|---|---|
| | | 現時持有量 Current | 轉讓* Transferred * | | |
| | | | 數目 Number | 日期 Date | |
| 徐淑旻 XU SHUMIN | NO. 24, LANE 145, GULING ROAD, HUANGPU DISTRICT, SHANGHAI, CHINA. | 10,000 | | | |
| 總數 Total | | 10,000 | | | |

* 如公司的股份自上一份周年申報表日期以來（如屬首份周年申報表，則自公司成立為法團以來）有任何轉讓，有關詳情亦請一併申報；股份受讓人的姓名／名稱請在「備註」一欄註明。
* If there have been any transfers of the company's shares since the date of the last annual return (or since incorporation if this is the first annual return), please also provide details of the transfers; the name of the transferee should be stated in the 'Remarks' column.

指明編號 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

第三頁 Page 3

0110

表格 Form **AR1**

公司編號 Company Number: **1771074**

### 11. 秘書 Secretary

**A. 個人秘書 Individual Secretary**
(如超過一名個人秘書，請用續頁 B 填報 Use Continuation Sheet B if more than 1 individual secretary)

| | |
|---|---|
| 中文姓名 Name in Chinese | |
| 英文姓名 Name in English | 姓氏 Surname / 名字 Other Names |
| 前用姓名 Previous Names | |
| 別名 Alias | |

(注 Note 14) 香港住址 Hong Kong Residential Address

(注 Note 15) 電郵地址 E-mail Address

(注 Note 16) 身份證明 Identification
a. 香港身份證號碼 Hong Kong Identity Card Number
b. 護照 Passport — 簽發國家 Issuing Country / 號碼 Number

**B. 法人團體秘書 Corporate Secretary**
(如超過一名法人團體秘書，請用續頁 B 填報 Use Continuation Sheet B if more than 1 corporate secretary)

(注 Note 17) 中文名稱 Name in Chinese: 環宇國際商務有限公司

(注 Note 17) 英文名稱 Name in English: **WORLD BUSINESS LIMITED**

(注 Note 18) 香港地址 Hong Kong Address: UNIT E, 15/F., CHEUK NANG PLAZA, 250 HENNESSY ROAD, WANCHAI, HONG KONG.

(注 Note 15) 電郵地址 E-mail Address: NIL

公司編號 Company Number
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong): **1481303**

第四頁 Page 4

指明編號 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

0111

表格 Form **AR1**

公司編號 Company Number: **1771074**

## 12 董事 Directors

### A. 個人董事 Individual Director
(如超過一名個人董事，請用續頁 C 填報 Use Continuation Sheet C if more than 1 individual director)

請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)

(註 Note 19)

**身份 Capacity**: ✓ 董事 Director  ☐ 候補董事 Alternate Director   代替 Alternate to: 

**中文姓名 Name in Chinese**: 徐淑旻

**英文姓名 Name in English**: 
- 姓氏 Surname: XU
- 名字 Other Names: SHUMIN

**前用姓名 Previous Names**: NIL

**別名 Alias**: NIL

(註 Note 20)

**住址 Residential Address**: NO. 24, LANE 145, GULING ROAD, HUANGPU DISTRICT, SHANGHAI, CHINA.

國家 Country: CHINA

(註 Note 21)

**電郵地址 E-mail Address**: NIL

(註 Note 22)

**身份證明 Identification**

a. 香港身份證號碼 Hong Kong Identity Card Number: NIL

P.R.C. Identity Card No.34040319750210002X

b. 護照 Passport:
- 簽發國家 Issuing Country: NIL
- 號碼 Number: NIL

第五頁 Page 5

指明編號 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

0112

表格 Form **AR1**

公司編號 Company Number: **1771074**

## 12 董事 Directors (續上頁 cont'd)

### B. 法人團體董事 Corporate Director

*(如超過兩名法人團體董事，請用續頁 D 填報  Use Continuation Sheet D if more than 2 corporate directors)*

請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)

(註 Note 19) **1** 身份 Capacity
☐ 董事 Director
☐ 候補董事 Alternate Director
代替 Alternate to

中文名稱 Name in Chinese

英文名稱 Name in English

(註 Note 23) 地址 Address — 國家 Country

(註 Note 21) 電郵地址 E-mail Address

公司編號 Company Number
*(只適用於在香港註冊的法人團體)*
*(Only applicable to body corporate registered in Hong Kong)*

請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)

(註 Note 19) **2** 身份 Capacity
☐ 董事 Director
☐ 候補董事 Alternate Director
代替 Alternate to

中文名稱 Name in Chinese

英文名稱 Name in English

(註 Note 23) 地址 Address — 國家 Country

(註 Note 21) 電郵地址 E-mail Address

公司編號 Company Number
*(只適用於在香港註冊的法人團體)*
*(Only applicable to body corporate registered in Hong Kong)*

第六頁 Page 6

指明編號 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

0113

表格 Form **AR1**

公司編號 Company Number: **1771074**

12 董事 Directors (續上頁 cont'd)

C. 備任董事 Reserve Director
(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司 Only applicable to a private company with only one member who is also the sole director of the company)

中文姓名 Name in Chinese

英文姓名 Name in English
姓氏 Surname | 名字 Other Names

前用姓名 Previous Names

別名 Alias

(注 Note 20) 住址 Residential Address
國家 Country

(注 Note 21) 電郵地址 E-mail Address

(注 Note 22) 身份證明 Identification
a 香港身份證號碼 Hong Kong Identity Card Number

b 護照 Passport
簽發國家 Issuing Country | 號碼 Number

指明編號 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

0114

表格 Form **AR1**

公司編號 Company Number: **1771074**

### 13 登記冊 Registers

公司備存下列登記冊的地址(如並非備存於第 5 項的註冊辦事處內)
Address where the following registers of the company are kept (if not kept at the registered office stated in Section 5)

| 登記冊 Register | 地址 Address |
|---|---|
| a 成員登記冊 Register of Members | NIL |
| b 債權證持有人登記冊 (如有的話) Register of Debenture Holders (if any) | NIL |

(注 Note 24)

### 14 隨本表格提交的帳目所涵蓋的會計期 Period Covered by Accounts Submitted with this Form

(私人公司無需填報此項 A private company need not complete this section)

| 日 DD | 月 MM | 年 YYYY | 至 To | 日 DD | 月 MM | 年 YYYY |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

### 15 證明書 Certificate

(此項證明只適用於私人公司。如不適用，請刪去此項。)
(This certificate should only be completed in respect of a private company. If not applicable, please delete.)

本人證明公司自上一份周年申報表日期以來(如屬首份周年申報表，則自成立為法團以來)，並無發出任何檔，邀請公眾人士認購公司任何股份或債權證；同時如成員數目於本申報表日期超過五十，則所超出的成員，全是根據《公司條例》第 29(1)(b)條不須計算入該五十名額內的人士。
I certify that the company has not, since the date of the last annual return (or since incorporation if this is the first annual return), issued any invitation to the public to subscribe for any shares or debentures in the company and that if the number of members is in excess of 50 as at the date of this return, the excess are persons who under section 29(1)(b) of the Companies Ordinance are not to be included in the calculation of 50.

(注 Note 25)

提示 Advisory Note

所有公司董事均應閱讀公司註冊處編制的《有關董事責任的非法定指引》的最新版本，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read the latest version of the 'Non-Statutory Guidelines on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guidelines.

本申報表包括下列續頁。This Return Includes the following Continuation Sheet(s).

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 | 0 |

(注 Note 5)

簽署 Signed:

姓名 Name: WORLD BUSINESS LIMITED
~~董事 Director~~ / 秘書 Secretary *

*請刪去不適用者 Delete whichever does not apply

日期 Date: 10th July, 2013
日 DD / 月 MM / 年 YYYY

第八頁 Page 8

指明編號 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

0115



公司註冊處
Companies Registry

周年申報表
Annual Return

存案 Filed

表格 Form **NAR1**

公司編號 Company Number: **1771074**

註 Note

**1 公司名稱 Company Name**

JIUYI TRADING CO., LIMITED
久益貿易有限公司

**2 商業名稱(如有的話) Business Name (If any)**

NIL

**3 公司類別 Type of Company**

請在適用的空格內加上 ✓ 號   Please tick the relevant box

[✓] 私人公司 Private company
[ ] 公眾公司 Public company
[ ] 擔保有限公司 Company limited by guarantee

**4 本申報表的結算日期 Date to which this Return is Made Up**

| 10 | 7 | 2014 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

(如屬私人公司，本申報表應列載截至公司成立為法團的周年日期的資料。
如屬公眾公司，申報表的結算日期應為該公司的會計參照期結束後的 6 個月屆滿之日。
如屬擔保有限公司，申報表的結算日期應為該公司的會計參照期結束後的 9 個月屆滿之日。

For a private company, the information in this return should be made up to the anniversary of the date of its incorporation.
For a public company, the return should be made up to the date that is 6 months after the end of its accounting reference period.
For a company limited by guarantee, the return should be made up to the date that is 9 months after the end of its accounting reference period.)

**5 隨本表格交付的財務報表所涵蓋的會計期**
**Period Covered by Financial Statements Delivered with this Form**
(私人公司無需填報此項   A private company need not complete this section)

| 日 DD | 月 MM | 年 YYYY | 至 To | 日 DD | 月 MM | 年 YYYY |
|---|---|---|---|---|---|---|
| | | | | | | |

**6 註冊辦事處地址 Address of Registered Office**

UNIT E, 15/F., CHEUK NANG PLAZA, 250 HENNESSY ROAD, WANCHAI, HONG KONG.

**提交人資料 Presentor's Reference**

姓名 Name: WORLD BUSINESS LIMITED
地址 Address: UNIT E, 15/F, CHEUK NANG PLAZA 250 HENNESSY ROAD, WANCHAI HONGKONG.

電話 Tel: 3175 7377    傳真 Fax: 3175 7536
電郵 Email:
檔號 Reference:

請勿填寫本欄 For Official Use

22401021014
NAR1L
21/07/2014       1771074   0091

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

表格 Form **NAR1**

公司編號 Company Number: 1771074

❶ 7 電郵地址 Email Address

NIL

8 按揭及押記 Mortgages and Charges

截至本申報表的結算日期，所有根據《公司條例》須向公司註冊處處長登記的，或若於 1912 年 1 月 1 日後設定便須如此登記的按揭及押記的負債總額
Total amount of the indebtedness as at the date to which this return is made up in respect of all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to the Companies Ordinance or would have been required to be so registered if created after 1 January 1912

NIL

9 無股本公司的成員人數 Number of Member(s) of a Company Not Having a Share Capital
(有股本的公司無需填報此項 Company having a share capital need not complete this section)

截至本申報表的結算日期的成員人數
Number of Member(s) as at the Date to which this Return is Made Up: NIL

❷ 10 股本 Share Capital
(無股本的公司無需填報此項 Company not having a share capital need not complete this section)

| 股份的類別 (如普通股／優先股等) Class of Shares (e.g. Ordinary／Preference etc.) | 貨幣單位 Currency | 截至本申報表的結算日期 As at the Date to which this Return is Made Up ||| 
|---|---|---|---|---|
| | | 已發行股份 Issued Shares |||
| | | 總數 Total Number | 總款額 Total Amount | 已繳或視作已繳的總款額 Total Amount Paid up or Regarded as Paid up |
| ORDINARY | HKD | 10,000 | 10,000 | 10,000 |
| | | | | |
| | | | | |
| | | | | |
| 總數 Total | HKD | 10,000 | 10,000 | 10,000 |

第二頁 Page 2

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

表格 Form **NAR1**

公司編號 Company Number: 1771074

**11 公司秘書 Company Secretary**

**A. 公司秘書（自然人）Company Secretary (Natural Person)**
(如超過一名公司秘書屬自然人，請用續頁A填報 Use Continuation Sheet A if more than 1 company secretary is a natural person)

- 中文姓名 Name in Chinese:
- 英文姓名 Name in English
  - 姓氏 Surname:
  - 名字 Other Names:
- 前用姓名 Previous Names
  - 中文 Chinese:
  - 英文 English:
- 別名 Alias
  - 中文 Chinese:
  - 英文 English:
- ⑬ 香港通訊地址 Hong Kong Correspondence Address:
  - 地區 Region:
- ⑭ 電郵地址 Email Address:
- ⑮ 身分證明 Identification
  - (a) 香港身分證號碼 Hong Kong Identity Card Number:
  - (b) 護照 Passport
    - 簽發國家 Issuing Country:
    - 號碼 Number:

**B. 公司秘書（法人團體）Company Secretary (Body Corporate)**
(如超過一名公司秘書屬法人團體，請用續頁A填報 Use Continuation Sheet A if more than 1 company secretary is a body corporate)

- ⑯ 中文名稱 Name in Chinese: 環宇國際商務有限公司
- ⑯ 英文名稱 Name in English: WORLD BUSINESS LIMITED
- ⑰ 香港地址 Hong Kong Address:
  - UNIT E, 15/F., CHEUK NANG PLAZA
  - 250 HENNESSY ROAD
  - WANCHAI
  - 地區 Region: HONG KONG
- ⑭ 電郵地址 Email Address: NIL
- 公司編號 Company Number: 1481303

指明編號 1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

表格 Form **NAR1**

公司編號 Company Number: 1771074

### 12 董事 Directors

**A. 董事 (自然人) Director (Natural Person)**
(如超過一名董事屬自然人，請用續頁 B 填報  Use Continuation Sheet B if more than 1 director is a natural person)

請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)

**⑱ 身分 Capacity:** ✓ 董事 Director ☐ 候補董事 Alternate Director

代替 Alternate to: 

| | | |
|---|---|---|
| 中文姓名 Name in Chinese | | 徐淑旻 |
| 英文姓名 Name in English | 姓氏 Surname | XU |
| | 名字 Other Names | SHUMIN |
| 前用姓名 Previous Names | 中文 Chinese | NIL |
| | 英文 English | NIL |
| 別名 Alias | 中文 Chinese | NIL |
| | 英文 English | NIL |

**⑲ 住址 Residential Address:**
NO. 24, LANE 145, GULING ROAD
HUANGPU DISTRICT
SHANGHAI
國家／地區 Country／Region: CHINA

**⑳ 電郵地址 Email Address:** NIL

**㉑ 身分證明 Identification**
(a) 香港身分證號碼 Hong Kong Identity Card Number: NIL
P.R.C. Identity Card No. 340403197502100002X

(b) 護照 Passport
簽發國家 Issuing Country: NIL
號碼 Number: NIL

表格 Form **NAR1**

公司編號 Company Number
1771074

**12  董事 Directors**  (續上頁  cont'd)

**B.  董事 (法人團體) Director (Body Corporate)**
(如超過兩名董事屬法人團體，請用續頁 C 填報   Use Continuation Sheet C if more than 2 directors are body corporate)

請在適用的空格內加上 ✓ 號   Please tick the relevant box(es)

⑱  1  身分 Capacity    ☐ 董事 Director    ☐ 候補董事 Alternate Director    代替 Alternate to

中文名稱 Name in Chinese

英文名稱 Name in English

㉒  地址 Address

國家／地區 Country／Region

⑳  電郵地址 Email Address

公司編號 Company Number
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

請在適用的空格內加上 ✓ 號   Please tick the relevant box(es)

⑱  2  身分 Capacity    ☐ 董事 Director    ☐ 候補董事 Alternate Director    代替 Alternate to

中文名稱 Name in Chinese

英文名稱 Name in English

㉒  地址 Address

國家／地區 Country／Region

⑳  電郵地址 Email Address

公司編號 Company Number
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

0095
第五頁 Page 5

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

表格 Form **NAR1**

公司編號 Company Number: 1771074

**12 董事 Directors** (續上頁 cont'd)

**C. 備任董事 Reserve Director**

(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司)
(Only applicable to a private company with only one member who is also the sole director of the company)

| 中文姓名 Name in Chinese | | |
|---|---|---|
| 英文姓名 Name in English | 姓氏 Surname | |
| | 名字 Other Names | |
| 前用姓名 Previous Names | 中文 Chinese | |
| | 英文 English | |
| 別名 Alias | 中文 Chinese | |
| | 英文 English | |

**19** 住址 Residential Address

國家／地區 Country / Region

**20** 電郵地址 Email Address

**21** 身分證明 Identification

(a) 香港身分證號碼 Hong Kong Identity Card Number: ( )

(b) 護照 Passport
   簽發國家 Issuing Country:
   號碼 Number:

| 表格 Form | **NAR1** | 公司編號 Company Number |
|---|---|---|
| | | 1771074 |

**13 有股本公司的成員詳情 Particulars of Member(s) of a Company Having a Share Capital**
*(有股本的公司必須填報此項 Company having a share capital must complete this section)*

請在適用的空格內加上 ✓ 號  Please tick the relevant box

[✓] 非上市公司的成員詳情列於附表一
Particulars of members of a non-listed company are listed in Schedule 1

[ ] 上市公司的成員詳情列於附表二
Particulars of members of a listed company are listed in Schedule 2

**14 公司紀錄 Company Records**
*(如空位不足，請用續頁 D 填報  Use Continuation Sheet D if the space provided is insufficient)*

公司備存下列紀錄的地址(如並非備存於第 6 項所述的註冊辦事處內)
Address where the following company records are kept (if not kept at the registered office stated in Section 6)

| 公司紀錄 Company Records | 地址 Address |
|---|---|
| | |

**15 陳述書 Statement**

*(如屬私人公司，請在空格內加上 ✓ 號以作出此項陳述 For a private company, please tick the box to make the Statement)*

[✓] 現述明公司自最近一份周年申報表的結算日期起(如屬首份周年申報表，則自公司成立為法團的日期起)，並沒有發出邀請，以邀請公眾人士認購公司的任何股份或債權證；同時如成員人數於本申報表的結算日期當日超過五十名，則超出五十名之數的成員，全屬根據《公司條例》第 11(2)條於計算公司成員人數時不包括在內的人。
The company has not, since the date of the last annual return (or since the date of incorporation in the case of the first annual return), issued any invitation to the public to subscribe for any shares or debentures of the company and that if the number of members of the company exceeds 50 as at the date of this return, the excess consists wholly of persons who, under section 11(2) of the Companies Ordinance, are excluded in the calculation of the number of members of the company.

---

提示 **Advisory Note**
所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

---

本申報表包括下列續頁 This Return includes the following Continuation Sheet(s)

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 | 0 |

簽署 Signed :

姓名 Name : _____WORLD BUSINESS LIMITED_____     日期 Date : ____19th July, 2014____
董事 Director / 公司秘書 Company Secretary *                             日 DD  /  月 MM  /  年 YYYY
*請刪去不適用者  Delete whichever does not apply

表格 Form **NAR1**

附表一 **Schedule 1**
(非上市公司適用
**FOR NON-LISTED COMPANY)**

本申報表的結算日期
Date to which this Return is Made Up

| 10 | 7 | 2014 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

公司編號 Company Number
**1771074**

㉖ 非上市公司的成員詳情 (第 13 項)
**Particulars of Member(s) of a Non-listed Company (Section 13)**

(有股本的非上市公司必須填報此頁。如空位不足，或超過一類股份，可另加附表一。)
*(Non-listed company having a share capital must complete this page. If the space provided is insufficient, or if there is more than one class of shares, please use additional Schedule 1.)*

截至本申報表的結算日期的成員詳情 Particulars of Member(s) as at the Date to which this Return is Made Up

股份類別 Class of Shares         **ORDINARY**

此類別股份的已發行總數 Total Number of Issued Shares in this Class        10,000

| 姓名／名稱<br>Name | 地址<br>Address | 股份 Shares ||| 備註<br>Remarks |
||||||| 
| | | 現時持有量<br>Current Holding | 轉讓* Transferred* ||  |
| | | | 數目<br>Number | 日期<br>Date | |
| 徐淑旻<br>XU SHUMIN | NO. 24, LANE 145, GULING ROAD, HUANGPU DISTRICT, SHANGHAI, CHINA. | 10,000 | | | |

\* 如公司的股份自上一份周年申報表日期以來(如屬首份周年申報表，則自公司成立為法團以來)有任何轉讓，有關詳情亦請一併申報；股份受讓人的姓名／名稱請在「備註」一欄註明。
\* If there have been any transfers of the company's shares since the date of the last annual return (or since incorporation if this is the first annual return), please also provide details of the transfers; the name of the transferee should be stated in the 'Remarks' column.

0098

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)