# EXHIBIT "7"



存案 Filed

秘書及董事更改通知書(委任/離任)
**Notification of Change of Secretary and Director
(Appointment/Cessation)**

公司註冊處
Companies Registry

(《公司條例》第 158(4)、(4AA) 及 (9A)條)
(Companies Ordinance s. 158(4), (4AA) & (9A))

表格 Form **D2A**

重要事項 **Important Notes**
- 填表前請參閱《填表須知》。
  請用黑色墨水列印。
  Please read the accompanying notes before completing this form.
  Please print in black ink.

公司編號 **Company Number**: 992552

**1  公司名稱 Company Name**

GULF MARITIME CO., LIMITED

**2  更改詳情 Details of Change**

**A. 秘書/董事的離任 Cessation to Act as Secretary/Director**

(如有超過一名秘書/董事離任，請用續頁A填報  Use Continuation Sheet A if more than 1 secretary/director ceased to act)

請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)

(註 Note 6)  身份 Capacity:  ☐ 秘書 Secretary   ☑ 董事 Director   ☐ 候補董事 Alternate Director

代替 Alternate to: 

個人秘書/董事的姓名 **Name of Individual Secretary/Director**

| 中文姓名 Name in Chinese | 英文姓氏 Surname in English | 英文名字 Other Names in English |
|---|---|---|
| 金曙天 | JIN | Shutian |

(註 Note 7) 身份證明 Identification:

| 香港身份證號碼 HK Identity Card Number | 護照號碼 Passport Number |
|---|---|
| NIL | 149791576 |

或 OR

(註 Note 8) 法人團體秘書/董事的中文及英文名稱
Chinese and English Names of Corporate Secretary/Director

離任原因 Reason for Cessation:  ☑ 辭職/其他 Resignation/Others   ☐ 去世 Deceased

(註 Note 9) 離任日期 Date of Cessation:  20 / 08 / 2008  (日DD / 月MM / 年YYYY)

(註 Note 10) 請述明上述離任董事/候補董事在離任日期後，是否繼續擔任公司的候補董事/董事職位
Please indicate whether the director/alternate director who is ceasing to act will continue to hold office as alternate director/director in the company after the date of cessation

☐ 是 Yes   ☑ 否 No

(註 Note 4) 提交人的資料 **Presentor's Reference**

姓名 Name: Heroman Business Consulting (HK) Company
地址 Address: Room 301-2, Hang Seng Wanchai Bldg.,
3/F., No. 200 Hennessy Road, Wanchai,
Hong Kong

電話 Tel:         傳真 Fax:
電郵地址 E-mail Address:
檔號 Reference: HL/DH/hl

請勿填寫本欄 For Official Use

23200303129
D2A                  0992552
28/08/2008

指明編號 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

表格 Form **D2A**

公司編號 Company Number: **992552**

2  更改詳情 Details of Change  (續上頁 cont'd)

B.  個人秘書／董事的委任 Appointment of Individual Secretary/Director
(如委任超過一名個人秘書／董事，請用橫頁B填報)
(Use Continuation Sheet B if more than 1 individual secretary/director is appointed)

請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)

(註 Note 11)

身份 Capacity: ☐ 秘書 Secretary  ☑ 董事 Director  ☐ 候補董事 Alternate Director

代替 Alternate to: [blank]

中文姓名 Name in Chinese: 徐淑曼

英文姓名 Name in English:
- 姓氏 Surname: XU
- 名字 Other Names: Shumin

前用姓名 Previous Names: [blank]

別名 Alias: [blank]

(註 Note 12)  住址 Residential Address: Room 301, No. 118, Lane 930, Luoxiu Road, Xuhui District, Shanghai
國家 Country: China

(「轉交」地址及郵政信箱號碼恕不接受 'Care of' addresses and post office box numbers are not acceptable)

(註 Note 13)  電郵地址 E-mail Address: [blank]

(註 Note 14)  身份證明 Identification
a  香港身份證號碼 Hong Kong Identity Card Number: NIL
b  護照 Passport: 
   簽發國家 Issuing Country: China
   號碼 Number: 34040319750210002X

委任日期 Date of Appointment: 20 / 08 / 2008

(註 Note 15)  請述明董事／候補董事在獲得上述委任時，是否公司現任的候補董事／董事
Please indicate whether the director/alternate director whose appointment is reported above is already an existing alternate director/director in the company at the time of the above appointment
☐ 是 Yes  ☑ 否 No

(註 Note 16)  提示 Advisory Note

所有公司董事均應閱讀公司註冊處編製的《有關董事責任的非法定指引》的最新版本，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read the latest version of the 'Non-Statutory Guidelines on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guidelines.

(註 Note 16)  出任董事職位同意書 Consent to Act as Director

本人同意出任公司的董事／~~候補董事~~*，並確認本人已年滿18歲。
I consent to act as a director/~~alternate director~~* of this company and confirm that I have attained the age of 18 years.

簽署 Signed: [signature]

*請刪去不適用者 Delete whichever does not apply

第二頁 Page 2

指明編號 2/2008 (修訂) (2008年7月)
Specification No. 2/2008 (Revision) (July 2008)

表格 Form **D2A**

公司編號 Company Number: **992552**

2 更改詳情 Details of Change (續上頁 cont'd)

C. 法人團體秘書／董事的委任 Appointment of Corporate Secretary／Director
(如委任超過一名法人團體秘書／董事，請用橫頁C填報)
(Use Continuation Sheet C if more than 1 corporate secretary/director is appointed)

請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

(註 Note 17) 身份 Capacity: ☐ 秘書 Secretary ☐ 董事 Director ☐ 候補董事 Alternate Director

代替 Alternate to: 

(註 Note 18) 中文名稱 Name in Chinese: **NIL**

(註 Note 18) 英文名稱 Name in English: 

(註 Note 19) 地址 Address: 

國家 Country: 

(「轉交」地址及郵政信箱號碼恕不接受 'Care of' addresses and post office box numbers are not acceptable)

(註 Note 20) 電郵地址 E-mail Address: 

公司編號 Company Number
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong):

委任日期 Date of Appointment: 日 DD / 月 MM / 年 YYYY

(註 Note 21) 請述明董事／候補董事在獲得上述委任時，是否公司現任的候補董事／董事
Please indicate whether the director/alternate director whose appointment is reported above is already an existing alternate director/director in the company at the time of the above appointment
☐ 是 Yes  ☐ 否 No

(註 Note 22)
**提示 Advisory Note**
所有公司董事均應閱讀公司註冊處編製的《有關董事責任的非法定指引》的最新版本，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read the latest version of the 'Non-Statutory Guidelines on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guidelines.

(註 Note 22) 出任董事職位同意書 Consent to Act as Director

本人謹代表上述公司確認，上述公司同意出任公司的董事／候補董事*。
I, acting on behalf of the above named company, confirm that the above company consents to act as a director/~~alternate director~~* of this company.

簽署 Signed : _____**N.A.**_____
法人團體董事的董事／秘書／獲授權人士*
Director/~~Secretary~~/~~Authorized Person~~ of the Corporate Director*

本通知書包括下列續頁。 This Notification includes the following Continuation Sheet(s).

| 續頁 Continuation Sheet(s) | A | B | C |
|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 |

(註 Note 5) 簽署 Signed : *[signature]*
姓名 Name : **XU Shumin**
董事 Director／~~秘書 Secretary~~*

日期 Date : **20 / 08 / 2008**
日 DD / 月 MM / 年 YYYY

*請刪去不適用者 Delete whichever does not apply

第三頁 Page 3

指明編號 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

存案 Filed



公司註冊處
Companies Registry

周年申報表
Annual Return
(《公司條例》第107(1)條)
(Companies Ordinance s. 107(1))

表格 Form **AR1**

**重要事項 Important Notes**
- 填表前請參閱《填表須知》。
  請用黑色墨水列印。
- Please read the accompanying notes before completing this form.
  Please print in black ink.

公司編號 Company Number
**992552**

**1 公司名稱 Company Name**

GULF MARITIME CO., LIMITED

(註 Note 8) **2 商業名稱 Business Name**

NIL

**3 公司類別 Type of Company**

請在適用的空格內加上 ✓ 號 Please tick the relevant box

[✓] 有股本的私人公司
    Private company having a share capital

[ ] 其他
    Others

**4 本申報表日期 Date of this Return**
本申報表列載公司截至右列日期為止的資料
The information in this return is made up to

| 29 | 8 | 2013 |
| 日 DD | 月 MM | 年 YYYY |

(如屬有股本的私人公司，本申報表應列載截至公司成立為法團的周年日期的資料。如屬其他公司，所列載的資料則應截至公司周年大會日期或以書面決議代替周年大會的日期為止。)
For a private company having a share capital, the information in this return should be made up to the anniversary of the date of incorporation. For other companies, the information should be made up to the date of the annual general meeting (AGM) or the date of written resolution passed in lieu of AGM.

(註 Note 9) **5 註冊辦事處地址 Address of Registered Office**

UNIT E, 15/F., CHEUK NANG PLAZA, 250 HENNESSY ROAD, WANCHAI, HONG KONG.

(註 Note 10) **6 電郵地址 E-mail Address**

NIL

(註 Note 3) 提交人的資料 Presentor's Reference

姓名 Name: WORLD BUSINESS LIMITED

地址 Address: UNIT E, 15/F., CHEUK NANG PLAZA, 250 HENNESSY ROAD, WANCHAI, HONG KONG.

電話 Tel:  35830266    傳真 Fax:  35830233

電郵地址 E-mail Address:

檔號 Reference:

指明編號 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

請勿填寫本欄 For Official Use


23000890578
AR1L                0992552
30/08/2013

0089

表格 Form **AR1**

公司編號 Company Number: 992552

### 7 按揭及押記 Mortgages and Charges

截至本申報表日期，所有歸根據《公司條例》第 80 及第 82 條規定向公司註冊處處長登記的按揭及押記的未償還總額
Total amount outstanding as of the date of this return on all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to sections 80 and 82 of the Companies Ordinance

**NIL**

(注 Note 11)

### 8 無股本公司的成員數目 Number of Member(s) of a Company Not Having a Share Capital
*(有股本的公司無需填報此項 Company having a share capital need not complete this section)*

截至本申報表日期的成員數目
Number of Member(s) as at the Date of this Return: **NIL**

(注 Note 12)

### 9 股本 Share Capital
*(無股本的公司無需填報第 9 及第 10 項 Company not having a share capital need not complete sections 9 & 10)*

| | 截至本申報表日期 As at the Date of this Return |||||
|---|---|---|---|---|---|
| | 法定股本<br>Authorized<br>Share Capital | 已發行股本<br>Issued Share Capital ||||
| 股份類別<br>Class of Shares | 總面值<br>*Total*<br>Nominal Value † | 已發行<br>股份數目<br>Number of<br>Shares Issued<br>(a) | 每股已<br>發行股份<br>的面值<br>Nominal Value<br>of Each Share<br>Issued †<br>(b) | 已發行股份的<br>總面值<br>*Total* Nominal<br>Value of Shares<br>Issued †<br>(a) x (b) | 已發行股份的<br>已繳股款總值<br>(不包括溢價)<br>*Total* Paid up Value<br>of Shares Issued †<br>(excluding premium) |
| ORDINARY | HK$10,000 | 10,000 | HK$1.00 | HK$10,000 | HK$10,000 |
| | | | | | |
| | | | | | |
| | | | | | |
| 總值<br>Total | HK$10,000 | 10,000 | | HK$10,000 | HK$10,000 |

† 請注明貨幣單位(例如：港元、美元)
  Please specify the currency (e.g. HKD, USD)

第二頁 Page 2

指明編號 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

0090

| 表格 Form | **AR1** | 公司編號 Company Number |
|---|---|---|
| | | 992552 |

(注 Note 13) **10 有股本公司的成員詳情 Details of Member(s) of a Company Having a Share Capital**
*(有股本的公司必須填報此項。如未能盡錄於下列表格內，請用續頁A填報。 Company having a share capital must complete this section. Use Continuation Sheet A if there is insufficient space.)*

截至本申報表日期的成員詳情 Details of Member(s) as at the Date of this Return

股份類別 Class of Shares: **ORDINARY**

| 姓名／名稱 Name | 地址 Address | 股份 Shares | | | 備註 Remarks |
|---|---|---|---|---|---|
| | | 現時持有量 Current Holding | 轉讓* Transferred* | | |
| | | | 數目 Number | 日期 Date | |
| 徐淑旻 XU SHUMIN | ROOM 301, NO.118, LANE 930, LUOXIU ROAD, XUHUI DISTRICT, SHANGHAI, CHINA. | 10,000 | | | |
| | 總數 Total | 10,000 | | | |

\* 如公司的股份自上一份周年申報表日期以來（如屬首份周年申報表，則自公司成立為法團以來）有任何轉讓，有關詳情亦請一併申報；股份受讓人的姓名／名稱請在「備註」一欄註明。
\* If there have been any transfers of the company's shares since the date of the last annual return (or since incorporation if this is the first annual return), please also provide details of the transfers; the name of the transferee should be stated in the 'Remarks' column.

第三頁 Page 3

指明編號 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

0091

表格 Form **AR1**

公司編號 Company Number: **992552**

## 11 秘書 Secretary

### A. 個人秘書 Individual Secretary
(如超過一名個人秘書，請用續頁B 填報 Use Continuation Sheet B if more than 1 individual secretary)

| | |
|---|---|
| 中文姓名 Name in Chinese | |
| 英文姓名 Name in English | 姓氏 Surname / 名字 Other Names |
| 前用姓名 Previous Names | |
| 別名 Alias | |
| (注 Note 14) 香港住址 Hong Kong Residential Address | |
| (注 Note 15) 電郵地址 E-mail Address | |

(注 Note 16) 身份證明 Identification
a 香港身份證號碼 Hong Kong Identity Card Number

b 護照 Passport — 簽發國家 Issuing Country / 號碼 Number

### B. 法人團體秘書 Corporate Secretary
(如超過一名法人團體秘書，請用續頁B 填報 Use Continuation Sheet B if more than 1 corporate secretary)

| | |
|---|---|
| (注 Note 17) 中文名稱 Name in Chinese | 環宇國際商務有限公司 |
| (注 Note 17) 英文名稱 Name in English | WORLD BUSINESS LIMITED |
| (注 Note 18) 香港地址 Hong Kong Address | UNIT E, 15/F., CHEUK NANG PLAZA, 250 HENNESSY ROAD, WANCHAI, HONG KONG. |
| (注 Note 15) 電郵地址 E-mail Address | NIL |

公司編號 Company Number
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong): **1481303**

第四頁 Page 4

指明編號 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

0092

表格 Form **AR1**

公司編號 Company Number: 992552

**12 董事 Directors**

**A. 個人董事 Individual Director**
(如超過一名個人董事，請用接頁C填報 Use Continuation Sheet C if more than 1 individual director)

請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

(注 Note 19)

| 身份 Capacity | ☑ 董事 Director | ☐ 候補董事 Alternate Director | 代替 Alternate to |

中文姓名 Name in Chinese: 徐淑旻

英文姓名 Name in English:
- 姓氏 Surname: XU
- 名字 Other Names: SHUMIN

前用姓名 Previous Names: NIL

別名 Alias: NIL

(注 Note 20)

住址 Residential Address: ROOM 301, NO.118, LANE 930, LUOXIU ROAD, XUHUI DISTRICT, SHANGHAI, CHINA.

國家 Country: CHINA

(注 Note 21)

電郵地址 E-mail Address: NIL

(注 Note 22)

身份證明 Identification

a 香港身份證號碼 Hong Kong Identity Card Number: NIL

P.R.C. Identity Card No.34040319750210002X

b 護照 Passport:
- 簽發國家 Issuing Country: NIL
- 號碼 Number: NIL

第五頁 Page 5

指明規格 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

0093

表格 Form **AR1**

公司編號 Company Number: **992552**

**12  董事 Directors** (續上頁 cont'd)

**B. 法人團體董事 Corporate Director**

*(如超過兩名法人團體董事，請用續頁 D 填報  Use Continuation Sheet D if more than 2 corporate directors)*

請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)

(注 Note 19)  **1  身份 Capacity**  ☐ 董事 Director  ☐ 候補董事 Alternate Director  代替 Alternate to: _____

中文名稱 Name in Chinese: _____

英文名稱 Name in English: _____

(注 Note 23)  地址 Address: _____   國家 Country: _____

(注 Note 21)  電郵地址 E-mail Address: _____

公司編號 Company Number
*(只適用於在香港註冊的法人團體)*
*(Only applicable to body corporate registered in Hong Kong)*: _____

請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)

(注 Note 19)  **2  身份 Capacity**  ☐ 董事 Director  ☐ 候補董事 Alternate Director  代替 Alternate to: _____

中文名稱 Name in Chinese: _____

英文名稱 Name in English: _____

(注 Note 23)  地址 Address: _____   國家 Country: _____

(注 Note 21)  電郵地址 E-mail Address: _____

公司編號 Company Number
*(只適用於在香港註冊的法人團體)*
*(Only applicable to body corporate registered in Hong Kong)*: _____

第六頁 Page 6

指明編號 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

0094

表格 Form **AR1**

公司編號 Company Number: 992552

**12  董事 Directors**  (續上頁 cont'd)

**C. 備任董事 Reserve Director**
(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司   Only applicable to a private company with only one member who is also the sole director of the company)

中文姓名 Name in Chinese

英文姓名 Name in English
- 姓氏 Surname
- 名字 Other Names

前用姓名 Previous Names

別名 Alias

(註 Note 20) 住址 Residential Address — 國家 Country

(註 Note 21) 電郵地址 E-mail Address

(註 Note 22) 身份證明 Identification
a  香港身份證號碼 Hong Kong Identity Card Number
b  證照 Passport — 簽發國家 Issuing Country — 號碼 Number

第七頁 Page 7

指明編號 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

0095

| 表格 Form | **AR1** | 公司編號 Company Number |
|---|---|---|
| | | 992552 |

### 13 登記冊 Registers

公司備存下列登記冊的地址(如並非備存於第 5 項的註冊辦事處內)
Address where the following registers of the company are kept (if not kept at the registered office stated in Section 5)

| 登記冊 Register | 地址 Address |
|---|---|
| a 成員登記冊<br>Register of Members | NIL |
| b 債權證持有人登記冊<br>(如有的話)<br>Register of Debenture Holders *(if any)* | NIL |

(注 Note 24)

### 14 隨本表格提交的帳目所涵蓋的會計期
### Period Covered by Accounts Submitted with this Form

*(私人公司無需填報此項 A private company need not complete this section)*

| 日 DD | 月 MM | 年 YYYY | 至 To | 日 DD | 月 MM | 年 YYYY |
|---|---|---|---|---|---|---|
| | | | | | | |

### 15 證明書 Certificate

*(此項證明只適用於私人公司。如不適用，請刪去此項。)*
*(This certificate should only be completed in respect of a private company. If not applicable, please delete.)*

本人證明公司自上一份周年申報表日期以來(如屬首份周年申報表，則自成立為法團以來)，並無發出任何檔，邀請公眾人士認購公司任何股份或債權證；同時如成員數目于本申報表日期超過五十，則所超出的成員，全是根據《公司條例》第 29(1)(b)條不須計算入該五十名額內的人士。
I certify that the company has not, since the date of the last annual return (or since incorporation if this is the first annual return), issued any invitation to the public to subscribe for any shares or debentures in the company and that if the number of members is in excess of 50 as at the date of this return, the excess are persons who under section 29(1)(b) of the Companies Ordinance are not to be included in the calculation of 50.

(注 Note 25)

> 提示 Advisory Note
> 所有公司董事均應閱讀公司註冊處編制的《有關董事責任的非法定指引》的最新版本，並熟悉該指引所概述的董事一般責任。
> All directors of the company are advised to read the latest version of the 'Non-Statutory Guidelines on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guidelines.

本申報表包括下列續頁。This Return includes the following Continuation Sheet(s).

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 | 0 |

(注 Note 5)

簽署 Signed : *[signature with seal: WORLD BUSINESS LIMITED]*

姓名 Name : WORLD BUSINESS LIMITED
董事 Director / 秘書 Secretary *
*請刪去不適用者 Delete whichever does not apply

日期 Date : 29th August, 2013
日 DD / 月 MM / 年 YYYY

第八頁 Page 8

說明編號 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

0096