# EXHIBIT "8"

# TEXAS SECRETARY of STATE
# NANDITA BERRY

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 801447969 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | July 5, 2011 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32044587072 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | SEANWAY PIPE LLC | | |
| **Address:** | 1834 SNAKE RIVER RD STE C<br>KATY, TX 77449 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Name** | | | **Address** | | **Inactive Date** |
| MEDRANO ADMINISTRATIVE & TAX SERVICES LLC | | | 1834 SNAKE RIVER RD STE C<br>KATY, TX 77449 USA | | |

[ Order ]   [ Return to Search ]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.