EXHIBIT

"9"

File Copy



# CERTIFICATE OF INCORPORATION
# OF A
# PRIVATE LIMITED COMPANY

## Company No. 07446596

The Registrar of Companies for England and Wales, hereby certifies that

SEANWAY PIPE CO., LTD.

is this day incorporated under the Companies Act 2006 as a private company, that the company is limited by shares, and the situation of its registered office is in England and Wales

Given at Companies House, Cardiff, on 22nd November 2010



*N07446596S*



THE OFFICIAL SEAL OF THE
REGISTRAR OF COMPANIES



*Companies House*
—— *for the record* ——

The above information was communicated by electronic means and authenticated by the Registrar of Companies under Section 1115 of the Companies Act 2006



Companies House
— for the record —



**Application to register a company**

Received for filing in Electronic Format on the: **19/11/2010**

X09BTP87

| | |
|---|---|
| Company Name in full: | SEANWAY PIPE CO., LTD. |
| Company Type: | Private limited by shares |
| Situation of Registered Office: | England and Wales |
| Proposed Register Office Address: | 18A LANCHESTER WAY<br>ROYAL OAK INDUSTRIAL ESTATE<br>DAVENTRY<br>NORTHAMPTONSHIRE<br>ENGLAND<br>NN11 8PH |

*I wish to entirely adopt the following model articles:*   **Private (Ltd by Shares)**

Company Director 1

*Type:* Person
*Full forename(s):* SHUMIN

*Surname:* XU

*Former names:*

*Service Address:* RM 301 NO. 118
LANE 930 LUO XIU ROAD
XU HUI DISTRICT
SHANG HAI
CHINA
200000

*Country/State Usually Resident:* CHINA

*Date of Birth:* 10/02/1975          *Nationality:* CHINESE
*Occupation:* DIRECTOR AND SHAREHOLDER

*Consented to Act:* Y          *Date authorised:* 22/11/2010          *Authenticated:* YES

Statement of Capital (Sh. Capital)

| | | | |
|---|---|---|---|
| Class of shares | ORD | Number allotted | 500000 |
| | | Aggregate nominal value | 500000 |
| Currency | GBP | Amount paid per share | 1 |
| | | Amount unpaid per share | 0 |

Prescribed particulars

ONE SHARE EQUALS ONE VOTE, EACH HAVING RIGHTS TO DIVIDENDS. SO LONG AS THERE ARE NO RIGHTS ATTACHED TO SHARES ON WINDING-UP ETC OR REDEMPTION RIGHTS.

## Statement of Capital (Totals)

| | | | |
|---|---|---|---|
| Currency | GBP | Total number of shares | 500000 |
| | | Total aggregate nominal value | 500000 |

Statement of Capital (Sh. Capital)

Initial Shareholdings

| | | | |
|---|---|---|---|
| Name: | SHUMIN XU | Class of share: | ORD |
| Address: | RM 301 NO. 118<br>LANE 930 LUO XIU ROAD<br>XU HUI DISTRICT<br>SHANG HAI<br>CHINA<br>200000 | Number of shares:<br>Currency:<br>Nominal value of each share:<br>Amount unpaid:<br>Amount paid: | 500000<br>GBP<br>1<br>0<br>1 |

## Statement of Compliance

*I confirm the requirements of the Companies Act 2006 as to registration have been complied with.*

*memorandum delivered by an agent for the subscriber(s):* **Yes**

*Agent's Name:*  **COMPANIES MADE SIMPLE LTD**

*Agent's Address:*  **145 - 157**
**ST. JOHN STREET**
**LONDON**
**ENGLAND**
**EC1V 4PY**

## Authorisation

*Authoriser Designation:* **agent**            *Authenticated:* **Yes**

*Agent's Name:*  **COMPANIES MADE SIMPLE LTD**

*Agent's Address:*  **145 - 157**
**ST. JOHN STREET**
**LONDON**
**ENGLAND**
**EC1V 4PY**

## Companies Act 2006

### SCHEDULE 1
### COMPANY HAVING A SHARE CAPITAL
### Memorandum of Association of
### SEANWAY PIPE CO., LTD.

Each subscriber to this memorandum of association wishes to form a company under the Companies Act 2006 and agrees to become a member of the company and to take at least one share each.

Subscriber:
SHUMIN XU

Authentication: Authenticated Electronically

Dated: 19 Nov 2010



Companies House
—— for the record ——

# AR01 (ef)

| Annual Return |
|---|



Received for filing in Electronic Format on the: 17/11/2011    XDCT1ZBQ

| | |
|---|---|
| Company Name: | SEANWAY PIPE CO., LTD. |
| Company Number: | 07446596 |
| Date of this return: | 17/11/2011 |
| SIC codes: | 74990 |
| Company Type: | Private company limited by shares |
| Situation of Registered Office: | 18A LANCHESTER WAY<br>ROYAL OAK INDUSTRIAL ESTATE<br>DAVENTRY<br>NORTHAMPTONSHIRE<br>ENGLAND<br>NN11 8PH |

## Officers of the company

## Company Director 1

| | |
|---|---|
| Type: | Person |
| Full forename(s): | SHUMIN |
| Surname: | XU |
| Former names: | |
| Service Address: | RM 301 NO. 118<br>LANE 930 LUO XIU ROAD<br>XU HUI DISTRICT<br>SHANG HAI<br>CHINA<br>200000 |
| Country/State Usually Resident: | CHINA |
| Date of Birth: | 10/02/1975 |
| Nationality: | CHINESE |
| Occupation: | DIRECTOR AND SHAREHOLDER |

## Statement of Capital (Share Capital)

| | | | |
|---|---|---|---|
| Class of shares | ORD | Number allotted | 500000 |
| | | Aggregate nominal value | 500000 |
| Currency | GBP | Amount paid per share | 1 |
| | | Amount unpaid per share | 0 |

*Prescribed particulars*
ONE SHARE EQUALS ONE VOTE, EACH HAVING RIGHTS TO DIVIDENDS. SO LONG AS THERE ARE NO RIGHTS ATTACHED TO SHARES ON WINDING-UP ETC OR REDEMPTION RIGHTS.

## Statement of Capital (Totals)

| | | | |
|---|---|---|---|
| Currency | GBP | Total number of shares | 500000 |
| | | Total aggregate nominal value | 500000 |

## Full Details of Shareholders

The details below relate to individuals / corporate bodies that were shareholders as at 17/11/2011 or that had ceased to be shareholders since the made up date of the previous Annual Return

*A full list of shareholders for the company are shown below*

Shareholding 1     : 500000 ORD shares held as at the date of this return
Name:                   SHUMIN XU

## Authorisation

*Authenticated*
*This form was authorised by one of the following:*
Director, Secretary, Person Authorised, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor.



Companies House
— for the record —

# AR01 (ef)

## Annual Return



X2LYXEKA

Received for filing in Electronic Format on the:   26/11/2013

| | |
|---|---|
| Company Name: | SEANWAY PIPE CO., LTD. |
| Company Number: | 07446596 |
| Date of this return: | 22/11/2013 |
| SIC codes: | 74990 |
| Company Type: | **Private company limited by shares** |
| Situation of Registered Office: | 6 PROSPECT WAY<br>ROYAL OAK INDUSTRIAL ESTATE<br>DAVENTRY<br>NORTHAMPTONSHIRE<br>ENGLAND<br>NN11 8PL |

## Officers of the company

Company Director   1

Type:                      Person
Full forename(s):          SHUMIN

Surname:                   XU

Former names:

Service Address:           RM 301 NO. 118
                           LANE 930 LUO XIU ROAD
                           XU HUI DISTRICT
                           SHANG HAI
                           CHINA
                           200000

Country/State Usually Resident:   CHINA

Date of Birth: 10/02/1975              Nationality: CHINESE
Occupation:    DIRECTOR AND SHAREHOLDER

## Statement of Capital (Share Capital)

| | | | |
|---|---|---|---|
| Class of shares | ORD | Number allotted | 500000 |
| | | Aggregate nominal value | 500000 |
| Currency | GBP | Amount paid per share | 1 |
| | | Amount unpaid per share | 0 |

*Prescribed particulars*
ONE SHARE EQUALS ONE VOTE, EACH HAVING RIGHTS TO DIVIDENDS. SO LONG AS THERE ARE NO RIGHTS ATTACHED TO SHARES ON WINDING-UP ETC OR REDEMPTION RIGHTS.

## Statement of Capital (Totals)

| | | | |
|---|---|---|---|
| Currency | GBP | Total number of shares | 500000 |
| | | Total aggregate nominal value | 500000 |

## Full Details of Shareholders

The details below relate to individuals / corporate bodies that were shareholders as at 22/11/2013 or that had ceased to be shareholders since the made up date of the previous Annual Return

*A full list of shareholders for the company are shown below*

Shareholding 1 : **500000 ORD shares held as at the date of this return**
Name: SHUMIN XU

## Authorisation

*Authenticated*
*This form was authorised by one of the following:*
Director, Secretary, Person Authorised, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor.



**Companies House**
—— *for the record* ——

# AD01(ef)

| Change in situation or address of a Registered Office |
|---|


X2LYXEK2

*Company Name:*  SEANWAY PIPE CO., LTD.

*Company Number:*  07446596

*Received for filing in Electronic Format on the:* 26/11/2013

---

## New Address Details

*New Address:*  6 PROSPECT WAY
ROYAL OAK INDUSTRIAL ESTATE
DAVENTRY
NORTHAMPTONSHIRE
ENGLAND
NN11 8PL

Please Note:
The change in the Registered Office does not take effect until the Registrar has registered this form. For 14 days, beginning with the date that a change of Registered Office is registered, a person may validly serve any document on the company at its previous Registered Office.

---

## Authorisation

*Authenticated*
*This form was authorised by one of the following:*

Director, Secretary, Person Authorised, Liquidator, Administrator, Administrative Receiver, Receiver, Receiver Manager, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor.

---



**Companies House**
— *for the record* —

# AR01 (ef)

### Annual Return



X1LC2AZT

*Received for filing in Electronic Format on the:*   09/11/2012

| | |
|---|---|
| Company Name: | SEANWAY PIPE CO., LTD. |
| Company Number: | 07446596 |
| Date of this return: | 08/11/2012 |
| SIC codes: | 74990 |
| Company Type: | Private company limited by shares |
| Situation of Registered Office: | 18A LANCHESTER WAY<br>ROYAL OAK INDUSTRIAL ESTATE<br>DAVENTRY<br>NORTHAMPTONSHIRE<br>ENGLAND<br>NN11 8PH |

## Officers of the company

*Company Director  1*

| | |
|---|---|
| *Type:* | Person, |
| *Full forename(s):* | SHUMIN |
| *Surname:* | XU |
| *Former names:* | |
| *Service Address:* | RM 301 NO. 118 <br> LANE 930 LUO XIU ROAD <br> XU HUI DISTRICT <br> SHANG HAI <br> CHINA <br> 200000 |

*Country/State Usually Resident:* CHINA

*Date of Birth:* 10/02/1975      *Nationality:* CHINESE
*Occupation:* DIRECTOR AND SHAREHOLDER

*Company Director  1*

## Statement of Capital (Share Capital)

| Class of shares | ORD | Number allotted | 500000 |
| --- | --- | --- | --- |
| | | Aggregate nominal value | 500000 |
| Currency | GBP | Amount paid per share | 1 |
| | | Amount unpaid per share | 0 |

*Prescribed particulars*

ONE SHARE EQUALS ONE VOTE, EACH HAVING RIGHTS TO DIVIDENDS. SO LONG AS THERE ARE NO RIGHTS ATTACHED TO SHARES ON WINDING-UP ETC OR REDEMPTION RIGHTS.

## Statement of Capital (Totals)

| Currency | GBP | Total number of shares | 500000 |
| --- | --- | --- | --- |
| | | Total aggregate nominal value | 500000 |

## Full Details of Shareholders

The details below relate to individuals / corporate bodies that were shareholders as at 08/11/2012 or that had ceased to be shareholders since the made up date of the previous Annual Return

*A full list of shareholders for the company are shown below*

| Shareholding 1 | : 500000 ORD shares held as at the date of this return |
| --- | --- |
| Name: | SHUMIN XU |

## Authorisation

*Authenticated*

*This form was authorised by one of the following:*

Director, Secretary, Person Authorised, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor.