# EXHIBIT "10"



Harris County Clerk

Courts        Property Records        Personal Records        Other

# Assumed Names - January 1978 to present

| File No.: | | Search | | **Images available from Dec. 31, 1991 to Present** |
|---|---|---|---|---|
| ⊙ Business Owner   ○ | HULUDAO CITY STEEL PIPE | Search | Clear | |
| Date: | YYYYMMDD | Search | | **1 Record(s) Found.** |

| File Number | Term | Business Name and Address | Owner Name(s) and Address(es) | Status Type Date YYYYMMDD | Pgs | Film Code |
|---|---|---|---|---|---|---|
| B496412 | 10 | HULUDAO CITY STEEL PIPE INDUSTRIAL CO., LTD. 1802 SNAKE RIVER RD STE B KATY TX 77452 | SEANWAY PIPE LLC 1802 SNAKE RIVER RD STE B KATY TX 77452 | Incorporated 20110707 | 1 | 240990818 |

http://www.cclerk.hctx.net/applications/websearch/AN.aspx

9/4/2014