# EXHIBIT

# "11"

Gmail - Fw: Swift pago de 574,160.70



Pablo Cardenas Z <pinter14@gmail.com>

---

**Fw: Swift pago de 574,160.70**
1 message

**Joseph Benoudiz** <jobenoudiz@yahoo.com>  
Reply-To: Joseph Benoudiz <jobenoudiz@yahoo.com>  
To: Nancy cel atn <nmayea@atnindustries.com>  
Cc: "pinter14@gmail.com" <pinter14@gmail.com>

Wed, Aug 28, 2013 at 6:22 PM

hola Nancy

para tu archivo, aqui pago mio no contabilisado de 574,160.70 realisado a huludao el 2 de julio 2012

Joseph Benoudiz

----- Forwarded Message -----
**From:** Alfonso Vilas <alfonso.vilas@vyf.com.mx>  
**To:** 'Joseph Benoudiz' <jobenoudiz@yahoo.com>  
**Sent:** Monday, July 2, 2012 10:08 AM  
**Subject:** Swift

```
From : PRIBCHGGXXX
       BANQUE PRIVEE EDMOND DE ROTHSCHILD
       S.A.
       GENEVA SWITZERLAND

To :   CHASUS33XXX
       JPMORGAN CHASE BANK, N.A.
       NEW YORK UNITED STATES
Date : 02-JUIL.-2012
MT103 : Single Customer Credit Transfer
(20 ) Sender's Reference              ▓▓▓▓▓▓83901
(23B) Bank Operation Code             CRED - No SWIFT Service Level involved
(32A) Value Date Currency Interbank Settled Amount
      Date                            02.Jul,12
      Amount          USD 574,160.70
(50F) Ordering Customer
      Party Identifier                /▓▓▓▓▓▓▓▓▓10000
      Number1                         1 - Name of the ordering customer
      Details1                        JOSEPH BENOUDEZ BENOUDIZ
      Number2                         6 - Customer Identification Number
```

```
            Details2              CH/BPER S.A./012001291
    (57D) Account With Institution
            Party Identifier      /▮▮▮▮▮▮1186
            Name Address          COMPASS BANK
                                  BIRMINGHAM, AL

    (59 ) Beneficiary Customer
            Account               ▮▮▮▮▮8958
            Name Address          HULUDAO CITY STEEL PIPE
                                  INDUSTRIAL CO. LTD

    (71A) Details of Charges      OUR
```
****************************************************************************

Based on e-mail exchanges with you up until now or under past agreements, we believe we are entitled to contact you by unsecured e-mail.

E-mail entails considerable risks: Internet communications cannot be guaranteed to be confidential, secure or error-free as information could be intercepted, corrupted, lost, arrive late or contain viruses. The sender therefore does not accept liability for any errors or omissions in the context of this message which arise as a result of Internet transmission.

Unless otherwise stipulated herein, any opinions contained in this message are those of the author and are not given or endorsed by the company through which this message is sent.

Nothing in this message or in its attachments should be construed as a solicitation or offer, or recommendation, to acquire or dispose of any investment or to engage in any other transaction.

No order, order revocation, blocking order or any other bank order shall be accepted by electronic medium and we do not deem ourselves under any obligation either to refuse such orders expressly or to act upon them in any manner.
****************************************************************************