# EXHIBIT "12"



Jenny Graterol Niño< grateroljc@gmail.com>

## Fw: Wire Instructions

**Mauricio Gross** < mauricio.gross@gmail.com>  Thu, Mar 21, 2013 at 10:08 AM
To: Jenny Graterol Niño <grateroljc@gmail.com>

Jenny, te envio lo que me paso Fletcher

---------- Forwarded message ----------
From: **fletcher xi** <fletcher.xi@gmail.com>
Date: 2013/3/21
Subject: Wire Instructions
To: Mauricio Gross <Mauricio.gross@gmail.com>

Mauricio,

Thanks for your update, please wire to:

BENEFICIARY: Shanghai Jiafang Steel Pipe (Group) Co. Ltd.

BANK:      COMERICA BANK

ACCOUNT:   ▓▓▓▓▓0549

ABA:       111000753

SWIFT:     MNBDUS33

AMOUNT:    USD 1,300,000.00

REF:       Advance Payment JFVEN-1985

and make sure you include the mentioned reference

--
BR
Fletcher

Manager
International Business Department
Shanghai Jiafang Steel Pipe (Group) Co., Ltd.
Tel: 86-21-58673875
Cellphone: 86-13901919501
Website:http://steelpipecorporation.com/

--
Mauricio Gross
mauricio.gross@gmail.com