# EXHIBIT "14"

# Wire Transfer Outgoing Request

**CHASE**

## Wire Transfer Sender Information

| Sender Name: | | | | |
|---|---|---|---|---|
| MAURICIO GROSS | | | | |
| Account Name: | | Street Address: | | |
| JIAFANG STEEL PIPES AMERICAS INC | | 11200 WESTHEIMER RD STE 870 | | |
| DBA LIAONING NORTHERN STEEL PIPE CO LTD | | | | |
| City: HOUSTON | State: TX | Zip: 77042-3233 | Country: USA | Daytime Phone: 713-339-4015 |
| Primary ID Type: Driver's License | ID Issuer: TX | ID Number: 25358112 | ID Issue Date: 06/20/2012 | ID Exp: 06/07/2019 |
| Secondary ID Type: Chase or Bank Issued Credit Card | ID Issuer: Chase | ID Number: XXXXXXXXXXXX6509 | ID Issue Date: | ID Exp: 09/30/2013 |
| Authentication Method: | Request Method: Walk-in | Comments: | | |
| Callback Performed by (Employee Signature): | Caller (Employee) Phone number: | | | |
| Callback made to: | Callback Phone #: | Callback Date: | Callback Time: | |

## Wire Transfer Information

| Request Date: 11/01/2012 | Request time: 02:20:10PM Eastern time | Effective date: 11/01/2012 | Wire Type: Domestic |
|---|---|---|---|
| Debit Account #: ●●●●8080 | Debit Account Type: BUSINESS CLASSIC | Available balance: $1,940,400.21 | Wire Amount (US dollars): $500,000.00 |
| Qualifying Account # | Qualifying Account Type: | Source of funds: Checking | Wire Fee: $30.00 |
| Currency type to be sent: US Dollars | Exchange rate N/A | Foreign currency amount: N/A | Amount to Collect (USD): $500,030.00 |
| FX Contract Number: | | | |

Customer Disclosure: If you initiate more than three Rapid Cash funds transfers during any calendar month, you will incur a Rapid Cash Remittance Fee of $45 for each Rapid Cash funds transfer in excess of three. These fees will be deducted from your checking account.

## Recipient Account Information

| Account Name: |
|---|
| Shanghai Jiafang Steel Pipe Group C |

| Street Address: | Account Number: ●●●●●●0549 | | | |
|---|---|---|---|---|
| | City | State | Zip | Country |

| Text to Recipient: |
|---|
| Ref# JFVEN2002 |

## Receiving Bank Information

| Bank Name: |
|---|
| Comerica Bank |

| Street Address: 3115 FOREST LANE | Bank ABA/SWIFT Code: 111000753 | | | |
|---|---|---|---|---|
| | City DALLAS | State TX | Zip 75234 | Country USA |

| Intermediary Bank Name: | | | | |
|---|---|---|---|---|
| Street Address: | Intermediary Bank ABA: | | | |
| | City | State | Zip | Country |

| Text to Receiving Bank: |
|---|
| For Credit To Shanghai Jiafang Steel Pipe Co. LTD |