# EXHIBIT "15"



Pablo Cardenas Z <pinter14@gmail.com>

## Fw: Fwd: Fw: gtee 742
1 message

**Joseph Benoudiz** <jobenoudiz@yahoo.com>  Wed, Jun 25, 2014 at 1:03 PM
Reply-To: Joseph Benoudiz <jobenoudiz@yahoo.com>
To: Nancy cel atn <nmayea@atnindustries.com>
Cc: "pinter14@gmail.com" <pinter14@gmail.com>

Nancy

mauricio me dice que este millon de usd era puesto por los chinos como garantia . Lo tenemos retenido en nuestra cuentas .
No entendi bien el asunto.como nosotros tenemos este millon de garantia ? se supone que si dieron una garantia deberia estar en las cuentas de los bolivianos no en nuestra cuenta.

Aclaralo con el e informame antes de proceder . No me suena logico.
vea cuando entro este millon , desde cuando ?

Gracias

JOSEPH BENOUDIZ


----- Forwarded Message -----
**From:** Mauricio Gross <mauricio.gross@gmail.com>
**To:** Joseph Benoudiz <jobenoudiz@yahoo.com>
**Sent:** Tuesday, June 24, 2014 12:40 PM
**Subject:** Fwd: Fw: gtee 742

Buenos Dias,

Recibi este email de Liaoning que les respondo?

Atte,

---------- Forwarded message ----------
From: liufushan@npc-pipe.com <liufushan@npc-pipe.com>
Date: 2014-06-22 22:57 GMT-05:00
Subject: Re: Fw: gtee 742
To: "mauricio.gross" <mauricio.gross@gmail.com>
Cc: shengmin <shengmin@shengminpipe.com>, David Jin <davjin@gmail.com>


Dear Mauricio,

Further to my previous email, last week end user in Bolivia confirmed they did not claim on the STBY LC guarantee for the order FN 0000 742, which expiration was on last 14th of June.

We kindly request you to confirm the TT to return the funds left by our company Sheng Min at your custody for guarantee of the order as per our contract.

The information for the remittance of the funds is the same as the contract.

Best regards,


Liu Fushan


liufushan@npc-pipe.com


**From:** liufushan@npc-pipe.com
**Date:** 2014-06-03 14:00
**To:** Mauricio Gross
**CC:** ShengMin
**Subject:** Fw: gtee 742

Dear Mauricio,

As the guarantee for the latest order in Bolivia will be due next June 16th please confirm the remittance of the funds left by our agent Sheng Min Pipe Limited in your account since the beginning of the order as a cash collateral for the letter of credit in compliance with the Section 5 of the signed addendum of the contract between both parties.

The bank instructions as per Section 4 of the mentioned addendum:

|  |  |
|---|---|
| COMPANY NAME: | SHENG MIN PIPE LIMITED |
| AMOUNT: | USD 1'000,000.00 |
| BENEFICIARY BANK: | BANK OF COMMUNICATIONS CO., LTD |

Fw: Fwd: Fw: gree 742

Bank ADDRESS:     No. 188, Yincheng Zhong Road, Shanghai, China
ACCOUNT No.:      ████████████0755
SWIFT:            COMMCN3XOBU

Please send a receive confirmation of this communication.

Regards

Liu Fushan