# EXHIBIT "16"

Joseph Benoudiz
Para Mí

# JOSEPH BENOUDIZ

----- Forwarded Message -----
**From:** "liufushan@npc-pipe.com" <liufushan@npc-pipe.com>
**To:** mauricio. gross <mauricio.gross@gmail.com>; jobenoudiz <jobenoudiz@yahoo.com>
**Cc:** davjin <davjin@gmail.com>; shengmin <shengmin@shengminpipe.com>
**Sent:** Monday, July 21, 2014 1:09 AM
**Subject:** Subj: Warranty of FN742 / Withdrawal of Agency Authorization

Mr. Gross,

Your translation on Mr. Benoudiz's email duly noted. To response your company our management asked me to send you below email.

We would like to draw your attention to below facts:

Around two years ago your company JFA was not interested in doing the PO FN742 and let our company NPC do the business directly with the end user YPFB. JFA performed as NPC's commercial agent. According to the Addendum, herewith attached although you do have same in hands, NPC agreed to pay JFA 10% of end user's purchase order amount as commission, among which JFA has already received 90%, pending with 10% as the end user has not yet paid the last 10% of the PO amount.

It is absolutely wrong Mr. Benoudiz said that the warranty could not be transferred back to NPC's wholly agent Shengmin Pipe Limited's account because it came from two different sources and the bank requires for explanation for its own security. The fact of matter is the capital was collected and transferred into JFA's account by NPC; the warranty was issued by JFA's bank and confirmed by the end user's bank in Bolivia and accepted by the end user. The end user released the warranty on 14 June, 2014. JFA as NPC's authorized commercial agent and the owner of the account, of course had right to instruct the bank to transfer the total amount back to NPC's nominated bank account at NPC's instruction, no matter it

came from 2 sources or more since it is NPC's own money. It is our internal business but since Mr. Benoudiz is curious to know we can tell him that we collected the money from different sources because we had used up all our credit line at that time.

You only performed as our commercial agent in this business thus you should have no right to delay unreasonably such long time to return our funds, consequently made great trouble to us! Besides, why Mr. Benoudiz should ask for information of our wholly agent Shengmin Pipe Limited and "the story of this operation" is beyond our knowledge to understand as on the Addendum we clearly nominated Shengmin Pipe Limited as our wholly agent. For our understanding it is totally none of anybody's but our own business.

You are breaching the contract between us and damaging our relationship. Our management is very disappointed with your company. Now please be formally informed that owing to your company's poor behavior on performing your duty as our commercial agent at present and also during the past time, our management has decided to withdraw our authorization to your company Jiafang Steel Pipes Americans INC as our commercial agent from today July 21, 2014. We will inform all parties concerned about our decision after sending out this email.

Last but not least, as previously advised we have no other choice but remain right to take all necessary legal actions against your breaching the contract to secure the safe return of the warranty US Dollar one million (USD 1,000,000.00).

Regards
Liaoning Northern Steel Pipe Co. Ltd.
Liu Fu Shan


liufushan@npc-pipe.com

**From:** Mauricio Gross
**Date:** 2014-07-19 07:53
**To:** Fushan Liu
**CC:** David Jin
**Subject:** Fwd: Re.Return of guaranteee

Dear Fushan,

I didn't response earlier because I forwarded all your emails to the company but they didn't respond me until yesterday which I reply and asked what they want me to do and no reply received, so I took it as this need to be translated and forward to you:

These are the translation of the emails :
===============



1) after receive yours on: Date: 2014-07-17 10:21 GMT-05:00 I forward it with the following text:

QUOTE
Good Morning Mr. Benoudiz, I am forwarding this email received.
Best Regards,
Mauricio
UNQUOTE
===============

2) then the response from the company on: 2014-07-17 17:45 GMT-05:00 with the following text:

QUOTE
Good Morning
The transfer in reference to this guarantee was not able to be sent due to the bank is asking for explanations because it came from two different sources and for the bank's own security. It was comment that we have threat of law suit.
We need: copy of the contract. Amounts, sales price and costs. Date when this million was sent to the bank because the bank said it came from two different sources. Who provide the million. Copy of the issued guarantee. And complete information of the company to be sent the transfer.
Indeed we need all the story of this operation to justify to the bank this transfer and also for us to understand it.

Best Regards,
UNQUOTE

3) today I reply to the company 2014-07-18 16:35 GMT-05:00 asking:

QUOTE
Good afternoon, I don't understand what do you want me to do, translated and forward it?
Regards
Mauricio
UNQUOTE
===============

Have a great weekend,

Regards,

Mauricio

---------- Forwarded message ----------
From: Mauricio Gross <mauricio.gross@gmail.com>

Date: 2014-07-18 16:35 GMT-05:00
Subject: Re: Re.Return of guaranteee
To: jobenoudiz@yahoo.com

Buenas tardes, no entiendo que quiere que haga, lo traduzco y envio?

Saludos,

Mauricio

2014-07-17 17:45 GMT-05:00 Benoudiz Jiseph<jobenoudiz@yahoo.com>:

> Buenos dias.
> No se pudo hacer transferencia ref a esta garantia ya que el banco exige explicaciones porque ve que este dinero llego de dos fuentes diferentes y por seguridad propia de la banca. Se les comento que tenemos amenaza de demanda.
> Necesitamos; copia contrato. Montos, precio venta y costos. Fecha de cuando se puso este millon que segun el banco entro por dos fuentes. Quien puso ese millon. Copia de la garantia puesta. Y datos completos de la empresa a quien se va a transferir.
> En fin necesitamos toda la pelicula de la operacion para justificar al banco esta transferencia y tambien nosotros entender.
>
> Atentamente.
> Enviado desde mi iPhone
>
> El 17/07/2014, a las 19:15, Mauricio Gross <mauricio.gross@gmail.com> escribió:
>
>> Buenos días Sr. Benoudiz, le reenvio este email que recibi.
>>
>> Atentamente,
>>
>> Mauricio
>>
>>
>> ---------- Forwarded message ----------
>> From: **liufushan@npc-pipe.com**
>> Date: 2014-07-17 10:21 GMT-05:00
>> Subject: Re: Re.Return of guaranteee

To: mauricio.gross
Cc: davjin

Dear Mr. Gross:

### Re: Returned of Guarantee for Order JFBOL-118 in the amount of USD 1,000,000.00

I regret to inform you that up to this moment we still have not yet received the above mentioned funds, and furthermore we even have not received a single piece of your reply to several of my previous emails asking for return of the funds.

Pls be advised we have already handed over this issue to our law department which will take all necessary legal actions opening next week in case we still fail to receive the funds this coming Friday. Pls understand if we have no other choice but take the said actions no further notice will be given.

Regards
Liu Fushan


From: liufushan@npc-pipe.com [mailto:liufushan@npc-pipe.com]
Sent: Thursday, July 10, 2014 1:14 PM
To: mauricio.gross
Cc: davjin
Subject: Fw: FW: Regards

Dear Mauricio,

Further to my email below, I am sorry to say that so far we have not yet received the guarantee fund. We even have not received your reply.

Pls urgently advise when we can receive the fund. As advised we urgently need the money. Pls don't delay any longer but wire the money back ASAP!

Best regards

Liu Fushan

---

liufushan@npc-pipe.com

**From:** liufushan@npc-pipe.com [mailto:liufushan@npc-pipe.com]
**Sent:** Friday, July 04, 2014 9:41 PM
**To:** mauricio.gross
**Cc:** grateroljc .; David Jin
**Subject:** Fw: Regards

Dear Mauricio,

I received below email from Jenny yesterday which puzzles me. I briefly write you this email as I am out of mainland on vacation with family.

Although feeling a little bit strange on receiving your boss' email (which will be forwarded to you under separate cover) last week before leaving for vacation I didn't pay much attention on it, but yesterday Jenny suddenly called me and sent me below email afterwards, I do have smelled something unusual. Pls advise what is happening your end.

I will go back to office next week and we will discuss all, if necessary, till then. Now the first thing first, pls advise when your company will refund the gtee fund back to our account. It is top important as we do need the money urgently on doing other PO. It has long back been scheduled. We have been waiting for it for 2 weeks. It is really too long.

Last but not least, pls tell your boss that we are very busy and fully occupied this month so sorry we cannot go to Hong Kong to meet all you guys there. If you like to visit us at our factory you are most welcome. But we need to make appointment well in advance.

Best regards

Liu Fushan


liufushan@npc-pipe.com

**From:** grateroljc .
**Date:** 2014-07-03 11:22
**To:** Fushan Liu
**Subject:** Regards
Hi my dear friend
It was really nice to hear you today. Sorry to bother you during your holidays with your family specially when I know how hard you work.

As I told you by the phone, my boss will be at hong kong next week, since he hasn't time to apply for the visa, he wants to know if it is possible to meet npc people there in order to know you face to face finally.
In the other hand, he also told me that a couple of days ago he sent you an email requesting some documents did you get it?
Hope you agree to meet us there, please let me know.
I will be a pleasure to see u again
Send regards to your family and the npc family I always remember you
Jenny

liufushan@npc-pipe.com

--
Mauricio Gross
mauricio.gross@gmail.com

--
Mauricio Gross
mauricio.gross@gmail.com