IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| A.T.N. INDUSTRIES, INC., a Florida corporation, JIAFANG STEEL PIPES AMERICAS, INC., a Texas corporation, and JOSEPH BENOUDIZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MAURICIO GROSS a/k/a MAURICIO GROSS DRACH, an individual, CLARA GROSS a/k/a CLARA SCHWARTZ, an individual, VOLANSS SYSTEMS CO., LIMITED, a Hong Kong private company, BUSINESS MANAGEMENT SERVICES INT. LLC, a Texas limited liability company, SHUMIN XU a/k/a MINA XU, an individual, SEANWAY PIPE LLC, a Texas limited liability company, JIUYI TRADING CO., LIMITED, a Hong Kong private company, SHENG MIN PIPE LIMITED, a Hong Kong company, SHUTIEN (DAVID) JIN, an individual, and GULF MARITIME CO., LIMITED, a Hong Kong private company,<br><br>Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§§ | Civil Action No.: _____ |

## DECLARATION OF GEORGE MENCIO

In accordance with 28 U.S.C. § 1746, I, George Mencio, declare:

1. Except as otherwise stated, I have personal knowledge of, and am competent to testify on, the facts set forth in this declaration.

2. I am a partner of the law firm Holland & Knight LLP, and am counsel in this action for Plaintiffs A.T.N. Industries, Inc. ("ATN"), Jiafang Steel Pipes Americas, Inc. ("Jiafang Americas"), and Joseph Benoudiz (collectively, "Plaintiffs").

# EXHIBIT B

3. Based on my thorough and detailed investigation, which has included interviewing Plaintiffs' representatives, who have personal knowledge of the allegations of the complaint; reviewing the declaration of Nancy Mayea, ATN's Operations Manager, as well as the exhibits submitted thereto; and an investigation and review of many other documents, which demonstrate the extent and sophistication of the fraud, I hereby certify, in accordance with Federal Rule of Civil Procedure 65(b)(1)(B), that notice should not be required before the entry of a temporary retraining order to Defendants Mauricio Gross a/k/a Mauricio Gross Drach ("Gross"), Clara Gross, Volanss Systems Co., Limited ("Volanss"), and Business Management Services Int. LLC ("BMSI") (collectively, "Defendants"). I make this certification for the following reasons:

   a. First, the Defendants' significant international ties create a risk that they would seek to transfer to foreign locations and persons all or part of the stolen money that Plaintiffs seek to recover in this action.

   b. Second, Defendants' actions show that they are sophisticated in their ability in using the wires to transfer large amounts of money internationally, and they have used that ability to defraud Plaintiffs and to conceal the money that they stole. There is every reason to believe that Defendants would seek to further conceal the stolen money if they were given notice of this action before the entry of a temporary restraining order under Federal Rule of Civil Procedure 65(b).

   c. Last, if Defendants were to transfer or dissipate any of the stolen money, then any judgment entered against them would be frustrated, because the evidence shows that Defendants' main source of funds of the magnitude described in the complaint is the money that they stole from Plaintiffs, and because Defendants would likely not be able to satisfy a return of the stolen funds from other sources.

I declare under penalty of perjury that the foregoing is true and correct.

Executed September __23__, 2014

_____
George Mencio